STATE, APPELLANT, *v.* MORSE, RESPONDENT.

[Submitted September 16, 1895.  Decided September 23, 1895.]

See *syllabus* and opinion in *State* v. *Cain, ante*, page 561.

*Appeal from Third Judicial District, Granite County.*

INFORMATION for extortion.  Defendant's motion to set aside the information was granted by BRANTLEY, J.  Affirmed.

*W. L. Brown, D. M. Durfee* and *Smith & Word,* for Appellant.

*Rogers & Rogers,* for Respondent.

HUNT, J.—Information charging defendant, a county commissioner, with extorsively and corruptly receiving excessive fees from the county of Granite.  The point herein raised is identical with that decided in *State* v. *Cain, ante*, page 561, and, upon the authority of that case, the judgment of the district court is affirmed.

*Affirmed.*

PEMBERTON, C. J., and DE WITT, J., concur.